DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
GLEN AVILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-CR-00355 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING;  ORDER |
| v. | |
| GLEN AVILLA, | Date :  March 19, 2012 |
| | Time:   1:00 P.M. |
| Defendant. | Judge: Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 17, 2012, **may be continued to March 19, 2012, at 1:00 P.M.**

This continuance is requested by defense counsel.  Defense counsel and government counsel are pursuing further investigation regarding possible defenses and/or factors in mitigation.  Defense counsel has requested additional information, which government counsel is attempting to obtain.  Until such time as the additional information is obtained and assessed, and counsel has had an opportunity to review any such information with defendant, no profitable plea negotiations can be had in these proceedings.  AUSA Kimberly Sanchez has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the
4 interests of the public and the defendant in a speedy trial

5                                                 BENJAMIN B. WAGNER
6                                                 United States Attorney

7 DATED: January 11, 2012          /s/ Kimberly Sanchez
                                                KIMBERLY SANCHEZ
8                                                 Assistant United States Attorney
9                                                 Attorney for Plaintiff

10                                                 DANIEL J. BRODERICK
11                                                 Federal Defender

12 DATED: January 11, 2012          /s/ Rachel W. Hill
                                                RACHEL W. HILL
13                                                 Assistant Federal Defender
                                                Attorney for Defendant
14                                                 GLEN AVILLA

15

16                                       **O R D E R**

17     For the reasons set forth above, the continuance requested is granted for good cause and the Court
18 finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.  The
19 matter is set for March 19, 2012 at 8: 30 a.m. before the undersigned for either a change of plea or a trial
20 setting.

21
22
23
24
25
26 IT IS SO ORDERED.
27 **Dated:   January 12, 2012**        /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE
28 Stipulation to Continue Status Conference
    Hearing; [Proposed] Order                     2