Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant GLEN AVILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>GLEN AVILLA<br><br>      Defendant.<br>_____ | CASE NO. 1:11-CR-000355 LJO<br><br>STIPULATION TO CONTINUE STATUS HEARING, AND ORDER THEREON<br><br>DATE:    June 4, 2012<br>TIME:    8:30 a.m.<br>JUDGE:   Lawrence J. O'Neill |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for June 4, 2012, may be continued to July 23, 2012 at 8:30 a.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

---

U.S. vs Avilla                                           Stipulation/Proposed Order
Case No. 11-00355

Good cause exists because additional discovery is being provided between the parties which will require further investigation and to allow for further plea negotiations.

```
DATED: May 30, 2012              FLETCHER & FOGDERUDE, Inc.


                                 /s/ Eric K. Fogderude
                                 ERIC K. FOGDERUDE
                                 Attorney for Defendant,
                                 GLEN AVILLA


Dated: May 30, 2012              Benjamin B. Wagner
                                 United States Attorney


                                  /s/ Kim Sanchez
                                 KIM SANCHEZ
                                 Assistant US Attorney
```

## ORDER

Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Status hearing be continued to July 23, 2012 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   May 31, 2012**               **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE